UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARY BETH CADLE,** *et al.*,

    **Plaintiffs,**

v.

**MICHAEL SHELTON,** *et al.*,

    **Defendants.**

**Case No. 2:11-CV-00787**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Norah M. King**

## ORDER

The Court will hold a **SETTLEMENT CONFERENCE** on **MONDAY, FEBRUARY 25, 2013 at 1:30 p.m.** before the Honorable Edmund A. Sargus, Jr., United States District Court, 85 Marconi Blvd., Room 301, Columbus, Ohio 43215.

Interpleader Plaintiffs, through counsel, have requested that they be excused from the conference. Defendants do not object to this request. Accordingly, the Court will not require Plaintiffs to be present at the conference.

Counsel and the parties shall adhere to the following with respect to the settlement conference:

    (1)    The trial attorney for each Defendant must attend the conference.

    (2)    The parties or principals with settlement authority shall be present.

    (3)    No later than **fourteen (14) days** before the conference, Defendant Michael Shelton shall submit to counsel for the opposing Defendants a fully documented, written settlement demand;

    (4)    No later than **ten (10) days** before the conference, the remaining Defendants must

respond, in writing, to each settlement demand fully documenting their position.

(5)    No later than **seven (7) days** before the conference, each party shall submit directly, and <u>only to Chambers</u>, a letter (**Confidential Assessment**), not to exceed three pages, (a) explaining the party's theory of the case,[1] (b) indicating its position on settlement (in monetary terms, if applicable), and (c) setting forth all conditions necessary to achieve settlement (including non-monetary terms).

**IT IS SO ORDERED.**

2-6-2013
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] As there is a pending Motion for Summary Judgment pending before the Court, the parties do not need to provide extensive detail as to their theories of the case.