UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARY BETH CADLE, *et al.*,

    Plaintiffs,

v.

MICHAEL SHELTON, *et al.*,

    Defendants.

Case No. 2:11-CV-00787
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah M. King

## ORDER

On March 26, 2013, the Court issued an Opinion and Order denying Defendant Michael Shelton's Motion for Summary Judgment. As noted within the March 26, 2013 Opinion and Order, it is unclear from the current record whether any factual disputes remain, particularly regarding Shawna Moseley's death. Under these circumstances, the party Defendants—either jointly or independently—are **DIRECTED** to submit a brief **STATUS REPORT WITHIN FOURTEEN (14) DAYS** of the date of this Order. The status report(s) should update the Court as to any developments in this case and outline what, if any, factual and/or legal issues remain.

**IT IS SO ORDERED.**

4-19-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE