IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARY BETH CADLE, ET AL.

    Plaintiffs

vs.

MICHAEL SHELTON, ET AL.

    Defendants

Case No. 2:11-cv-787

District Judge Sargus

Magistrate Judge King

## AGREED JUDGMENT ENTRY, ORDER OF DISBURSEMENT AND DISMISSAL ENTRY

This matter is before the Court, the Court having been advised that all parties have reached a compromise and settlement of this matter.

The Court hereby orders the Clerk of Courts to disburse all funds currently on deposit in this case, deposited by Plaintiff Mary Beth Cadle, Nationwide Life Insurance Company and Benefits Administrative Committee Plan Administrator of the Nationwide-sponsored Health and Welfare Employee Benefits Plan on May 17, 2013 (Doc. 15), in the sum of $289,639.18, including any and all accrued interest, as follows:

    a. Payment to "Michael Shelton and Byron L. Potts, Esq., his attorney," in the sum of $35,000.00;

    b. Payment of the balance of all funds remaining on deposit, in the sum of $254,639.18, plus accrued interest, to J.A.M and W.L.M., both minors. (Counsel Stephen Moyer, (614) 444-2000, will orally provide full names to the Clerk, whose identity has been redacted in compliance with Federal Rule of Civil Procedure 5.2)

    c. Court costs to be divided equally between Defendant Michael Shelton and Defendant Michael Moseley, Administrator.

Upon disbursement of the funds, as indicated above, this matter shall be dismissed with prejudice to all future actions.

IT IS SO ORDERED.

_____ 7-1-2013
JUDGE SARGUS

APPROVED:

*[signature]*

Byron L. Potts (#0082533)
Byron L. Potts & Co., L.P.A.
415 East Broad Street, Suite 112
Columbus, Ohio 43215
(614) 228--2154 phone
(614) 698-5001 fax
byronpotts@msn.com
*Attorney for Defendant Michael Shelton*


/s/ Stephen A. Moyer
STEPHEN A. MOYER (#0025211)
9 East Kossuth Street
Columbus, Ohio 43206
(614) 444-2000 phone
(614) 444-5883 fax
moyerlaw@rrohio.com
*Attorney for Defendants Michael A. Moseley, Roberta K. Lohiser, Dean P. Lohiser and minors J.A.M. and W.L.M*

2

/s/ Jay E. Michael
JAY E. MICHAEL (#0030033)
729 S. Front Street
Columbus, Ohio 43206
(614) 443-6262 phone
(614) 443-7407 fax
jay@jaymichaellaw.com
*Attorney for Defendants Michael A.
Moseley, Roberta K. Lohiser, Dean P.
Lohiser and minors J.A.M. and W.L.M*